[No. 13294-3-III.      Division Three.    February 7, 1995.]

US ECOLOGY, INC., *Respondent*, v. BENTON COUNTY, ET
AL, *Appellants*.

Appeal from a judgment of the Superior Court for Benton
County, No. 92-2-00567-8, Dennis D. Yule, J., entered April

28, 1993. *Reversed* by unpublished opinion per Thompson, C.J., and Sweeney, J.